PROB 12B  
(7/93)

Report Date: January 6, 2006

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 1 2 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Trini L. Crawford  Case Number: 2:98CR00008-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Chief U.S. District Judge

Date of Original Sentence: 07/20/1998  Type of Supervision: TSR

Original Offense: Distribution of Cocaine Base, 21 U.S.C. § 841(a)(1); Possession With Intent to Distribute Cocaine Base, 21 U.S.C. § 841(a)(1)

Date Supervision Commenced: 04/15/2005

Original Sentence: Prison - 120 Months; TSR - 48 Months

Date Supervision Expires: 04/14/2009

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

> Trini L. Crawford, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer, pursuant to 18 U.S.C. § 3583(d).
>
> Additionally, Trini L. Crawford shall refrain from using illicit drugs and alcohol, and abusing prescription medication during the period of supervision.

### CAUSE

The Eastern District of Washington received correspondence from the Central District of California requesting the existing conditions of supervision be modified accordingly. It was noted that the offender has a history of alcohol abuse and is participating in the outpatient substance abuse treatment program while supervised in the Central District of California.

The appeals court's finding in <u>Stevens</u>, limits the probation officer to three random drug tests outside treatment, pursuant to 18 U.S.C. § 3583(d). The supervising officer in this case believes that the offender's history warrants continued monitoring for return to illicit drug and/or alcohol use, to provide intervention if needed, and to reduce risk to the community. Consequently, it is being recommended that the Court set the maximum number of tests for continued treatment at eight per month.

Prob 12B
**Re:  Crawford, Trini L.**
**January 6, 2006**
**Page 2**

The supervising officer asked the offender if he would waive his rights to a hearing and agree to the modifications as described. The offender agreed to waive his rights and adhere to the conditions as outlined.

Therefore, it is respectfully recommended that the attached waiver of hearing to modify conditions of supervision be adopted requiring Trini Crawford to submit up to eight urine tests per month, as directed by the probation officer, pursuant to 18 U.S.C. § 3583(d). It is also recommended that the Court prohibit Trini Crawford from using illicit drugs, alcohol, and abusing prescription medication during the period of supervision.

Respectfully submitted,

by  *Tommy Rosser*
Tommy Rosser
U.S. Probation Officer
Date: January 6, 2006

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

1/12/2006

Date

PROB: 49
(3/89)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Trini L. Crawford, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed *eight* tests per month, as directed by the probation officer, pursuant to 18 USC 3583(d).

Additionally, Trini L. Crawford shall refrain from using illicit drugs and alcohol, and abusing prescription medication during the period of supervision.

Witness: AMY YOUNG
U. S. Probation Officer

Signed: TRINI L CRAWFORD
Supervised Releasee

Date: 11/7/05